**Tania Ivette VENEGAS–
GALAZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 12–72863.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed Feb. 25, 2015.

Tania Ivette Venegas–Galaz, Kahului, HI, pro se.

Jennifer R. Khouri, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

### MEMORANDUM **

Tania Ivette Venegas–Galaz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In denying Venegas–Galaz's claims for asylum and withholding of removal the BIA upheld the IJ's adverse credibility determination. Venegas–Galaz does not raise any challenge to this dispositive determination. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived). Thus, we deny the petition.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).